CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:24-cr-01794-1

Case title: USA v. Garcia

Date Filed: 11/12/2024

Magistrate judge case number: 7:24-mj-01816

Date Terminated: 01/10/2025

Assigned to: Chief Judge Randy Crane

**Defendant (1)**

**Israel Angel Garcia**
*TERMINATED: 01/10/2025*

represented by **Rikin Shah**
Federal Public Defender
1701 W. Business Hwy 83
Suite 405
McAllen, TX 78501-5178
(956) 630-2995
Email: Rikin_Shah@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

Possession with intent to distribute 500
grams or more, that is approximately 621
grams of a mixture or substance containing
a detectable amount of cocaine.
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

21:841A=CD.F

---

**Material Witness**

**Luis Antonio Gutierrez-Aguirre**
*TERMINATED: 12/19/2024*

represented by **Juan E Gonzalez**
Law Office of Juan E. Gonzalez
710 S. Texas Boulevard
Weslaco, TX 78596
956-447-5585
Email: lawofjeg@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Maria Guadalupe Calderon-Flores**
*TERMINATED: 12/19/2024*

represented by **Juan E Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**

represented by **Laura Marie Garcia**
US Attorney's Office
1701 W Bus 83
Ste 600
McAllen, TX 78501
956-618-8010
Email: laura.garcia@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2024 | | Arrest of Israel Angel Garcia, filed. (jen7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/17/2024 | 1 | CRIMINAL COMPLAINT as to Israel Angel Garcia (1), filed. Initial Appearance set for 10/18/2024 at 09:02 AM before Magistrate Judge J Scott Hacker (jen7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/17/2024 | 2 | Affidavit for Material Witness(es) Maria Guadalupe Calderon-Flores, Luis Antonio Gutierrez-Aguirre as to Israel Angel Garcia Initial Appearance for Material Witness set for 10/18/2024 at 09:04 AM before Magistrate Judge J Scott Hacker, filed. (jen7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/17/2024 | 3 | AO 257 Information Sheet as to Israel Angel Garcia, filed. (jen7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker. INITIAL APPEARANCE on Criminal Complaint as to Israel Angel Garcia held on 10/18/2024. Defendant placed under oath. Defendant present in the courtroom. Defendant informed of legal rights. Defendant affirmed that the Financial Affidavit was correct and requested court-appointed counsel, which the Court GRANTED. Federal Public Defender appointed to represent Defendant. The Court advised Defendant as to the charged offense and any factual allegations in the criminal complaint. Government moved for temporary detention and continuance to prepare for detention hearing. Court granted. In accordance with Rule 5(f), the Court orally admonished the Government of its disclosure obligations under Brady and the consequences of failing to provide such disclosure; a written order to follow. Preliminary and Detention Hearings set for 10/22/2024 at 11:00 AM before Magistrate Judge J. Scott Hacker. Defendant remanded to the custody of the U.S. Marshals Service. Appearances: Benjamin Lyles, AUSA; Abel Guerrero, AFPD. (USPO: Robert Weaver) (ERO: Antonio Tijerina) (Interpreter: Woody Lewis and Priscilla Muzza Pastor, not used) (DUSM: Mayra Buban). (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Israel Angel Garcia (Signed by Magistrate Judge J Scott Hacker) Parties notified. (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 5 | Order of Temporary Detention Pending Hearings as to Israel Angel Garcia. Preliminary and Detention Hearing set for 10/22/2024 at 11:00 AM before Magistrate Judge J Scott Hacker. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 6 | BRADY ORDER on Rule 5(f) as to Israel Angel Garcia. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 7 | ORDER APPOINTING COUNSEL for Material Witness Luis Antonio Gutierrez-Aguirre. Juan Gonzalez appointed. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 8 | ORDER APPOINTING COUNSEL for Material Witness Maria Guadalupe Calderon-Flores. Juan Gonzalez appointed. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | | REMARK as to Israel Angel Garcia: MATERIAL WITNESS CASE ASSIGNED TO U.S. DISTRICT JUDGE RANDY CRANE. (df7) [7:24-mj-01816] (Entered: |

| | | |
|---|---|---|
| | | 10/18/2024) |
| 10/18/2024 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: INITIAL APPEARANCE AND DETENTION HEARING OF MATERIAL WITNESSES Luis Antonio Gutierrez-Aguirre and Maria Guadalupe Calderon-Flores held on 10/18/2024. Material Witnesses placed under oath. Material Witnesses present in the Courtroom. The Court appointed counsel to represent the material witnesses, and counsel, Mr. Juan E Gonzalez, was present for the proceedings. The witnesses verified their true name and country of origin. The Court explained the purpose of the arrest and the nature of the attorney representation. The Government moved for detention. The Court heard from the parties regarding the issue of bond. The Court entered findings that the witnesses were a flight risk and denied bond; a written Order to follow. The Court directed counsel to immediately file motions to take the depositions of the material witnesses to help facilitate their release. Material Witness Hearing set for 10/22/2024 at 11:00 AM before Magistrate Judge J Scott Hacker. Mr. Gonzalez's presence is not required for the material witness hearing if Motion to Depose Material Witnesses is filed before the material witness hearing. Material Witnesses remanded to the custody of the U.S. Marshals Service. Appearances: Benjamin Lyles, AUSA; Juan E Gonzalez, CJA Attorney for Material Witnesses. (ERO: Antonio Tijerina) (DUSM: Mayra Buban) (Interpreter: Woody Lewis and Priscilla Muzza Pastor/used) (df7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF ATTORNEY APPEARANCE Rikin Shah, Federal Public Defender, in case as to Israel Angel Garcia, filed. (Shah, Rikin) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | | US ATTORNEY'S NOTICE OF APPEARANCE. Laura Marie Garcia appearing for USA, filed. (Garcia, Laura) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 9 | Pretrial Services Report (Sealed) as to Israel Angel Garcia. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing, filed. (sm7) [7:24-mj-01816] (Entered: 10/18/2024) |
| 10/18/2024 | 14 | Sealed Financial Affidavit CJA 23 by Israel Angel Garcia, filed. [7:24-mj-01816] (Entered: 10/24/2024) |
| 10/21/2024 | 10 | ORDER OF DETENTION - MATERIAL WITNESS(ES) Luis Antonio Gutierrez-Aguirre and Maria Guadalupe Calderon-Flores to the custody of the United States Marshal. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (sas7) [7:24-mj-01816] (Entered: 10/21/2024) |
| 10/21/2024 | 11 | MOTION to Take Deposition by Maria Guadalupe Calderon-Flores as to Israel Angel Garcia, filed. (Attachments: # 1 Proposed Order) (Gonzalez, Juan) [7:24-mj-01816] (Entered: 10/21/2024) |
| 10/21/2024 | 12 | MOTION to Take Deposition by Luis Antonio Gutierrez-Aguirre as to Israel Angel Garcia, filed. (Attachments: # 1 Proposed Order) (Gonzalez, Juan) [7:24-mj-01816] (Entered: 10/21/2024) |
| 10/22/2024 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: PRELIMINARY EXAMINATION AND DETENTION HEARING as to Israel Angel Garcia held on 10/22/2024. Defendant was present in the courtroom. Defendant, with the assistance of counsel, waived the Preliminary and Detention Hearings. The Court found probable cause. On the issue of detention/bond, the Government was seeking |

| | | |
|---|---|---|
| | | detention. The Court heard from the parties on the issue of detention/bond. The Court took judicial notice of the Pretrial Services Report (Dkt. No. 9) and entered findings. The Court denied bond; with a written Order of Detention Pending Trial to follow. Appearances: Laura Garcia, AUSA; Judith Pena f/Rikin Shah, AFPD. (ERO: Christopher Barrera) (Interpreter: Woody Lewis and Priscilla Muzza Pastor/not used) (USPO: Ana Melara) (DUSM: Mayra Buban) (jhacker). [7:24-mj-01816] (Entered: 10/23/2024) |
| 10/22/2024 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: MATERIAL WITNESS HEARING in the case as to Israel Angel Garcia held on 10/22/2024. Pending before the Court were two motions to take the depositions of the material witnesses (Dkt. Nos. 11 and 12). The Court addressed the attorneys as to the depositions of the material witnesses. The Government and defense counsel had no objections to having the material witnesses deposed. The Court GRANTED the motions and ordered the depositions to be taken no later than December 23, 2024, at 10:00 a.m., a written order forthcoming. Counsel for the material witness was previously excused. Defendant remanded to the custody of the U. S. Marshals Service. Appearances: Laura Garcia, AUSA; Judith Pena f/Rikin Shah, AFPD. (ERO: Christopher Barrera) (Interpreter: Woody Lewis and Priscilla Muzza Pastor/not used) (USPO: Ana Melara) (DUSM: Mayra Buban) (jhacker). [7:24-mj-01816] (Entered: 10/23/2024) |
| 10/24/2024 | 13 | ORDER OF DETENTION PENDING TRIAL as to Israel Angel Garcia ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (yi7) [7:24-mj-01816] (Entered: 10/24/2024) |
| 10/28/2024 | 15 | ORDER granting 11 Motion to Take Deposition of Luis Antonio Gutierrez-Aguirre and Maria Guadalupe Calderon-Flores as to Israel Angel Garcia (1); granting 12 . The Court Orders that a deposition be taken of the above material witnesses as agreed by the parties, but not later than December 23, 2024, at 10:00 A.M..(Signed by Magistrate Judge J Scott Hacker.) Parties notified. (xa7)[7:24-mj-01816] (Entered: 10/28/2024) |
| 11/12/2024 | 16 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Israel Angel Garcia (1) count(s) 1, filed. (Attachments: # 1 Unredacted attachment) (oao7) (Entered: 11/13/2024) |
| 11/12/2024 | 17 | US Attys Criminal Docket Sheet as to Israel Angel Garcia, filed. (oao7) (Entered: 11/13/2024) |
| 11/13/2024 | 18 | NOTICE OF SETTING as to Israel Angel Garcia. Arraignment set for 11/21/2024 at 11:00 AM before Magistrate Judge Nadia S Medrano, filed. (oao7) (Entered: 11/13/2024) |
| 11/14/2024 | 19 | SCHEDULING ORDER as to Israel Angel Garcia. Arraignment will be held on November 21, 2024. Motion Filing due by 12/5/2024. Responses due by 12/26/2024. Expert Disclosure due by 1/14/2025. Rebuttal Expert Disclosure due by 1/28/2025. Final Pretrial Conference set for 1/31/2025 at 09:00 AM before Chief Judge Randy Crane. Jury Selection set for 2/4/2025 at 09:00 AM before Chief Judge Randy Crane. Deadline for Motions for Continuance: 1/17/2025. (Signed by Magistrate Judge Nadia S Medrano) Parties notified. (sg7) (Entered: 11/14/2024) |
| 11/21/2024 | | ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge Nadia S Medrano as to Israel Angel Garcia held on 11/21/2024. Not Guilty Count 1. Previous scheduling dates remain in effect. Deft remanded to custody of U.S. Marshal.. Appearances: Theodore Parran, AUSA; Rikin Shah, AFPD.(PTS: Orlando |

| | | Montemayor)(ERO: Antonio Tijerina) (Interpreter: Priscilla Muzza-Pastor/used) (DUSM: Mayra Buban), filed. (sg7) (Entered: 11/21/2024) |
|---|---|---|
| 12/19/2024 | 20 | NOTICE of Resetting as to Israel Angel Garcia. Parties notified. Re-Arraignment reset for 12/20/2024 at 09:30 AM in 9th Floor before Chief Judge Randy Crane, filed. (dsr7) (Entered: 12/19/2024) |
| 12/19/2024 | 21 | MOTION to Release Material Witnesses by USA as to Israel Angel Garcia, filed. (Attachments: # 1 Proposed Order) (Garcia, Laura) (Entered: 12/19/2024) |
| 12/19/2024 | 22 | ORDER granting 21 Motion to Release Material Witnesses Luis Antonio Gutierrez-Aguirre and Maria Guadalupe Calderon-Flores as to Israel Angel Garcia (1).(Signed by Chief Judge Randy Crane.) Parties notified. (yi7) (Entered: 12/19/2024) |
| 12/20/2024 | 23 | NOTICE OF RESETTING as to Israel Angel Garcia. Final Pretrial Conference set for 1/31/2025 at 09:00 AM before Chief Judge Randy Crane Jury Selection set for 2/4/2025 at 09:00 AM before Chief Judge Randy Crane, filed. (dsr7) (Entered: 12/20/2024) |
| 01/08/2025 | 24 | Sealed Event, filed. (With attachments) (Entered: 01/08/2025) |
| 01/10/2025 | 25 | ORDER OF TRANSFER as to Israel Angel Garcia Re: 24 Request to Transfer. ( Signed by Chief Judge Randy Crane) Parties notified. (adg7) (Additional attachment(s) added on 1/13/2025: # 1 USM Stamped Copy) (adg7). (Entered: 01/10/2025) |