AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*October 17, 2024*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br><br>Israel Angel GARCIA<br>(1980/ USA)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 7:24-mj-01816-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____October 16, 2024____ in the county of ____Hidalgo____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute more than 500 grams of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D.Walker

/s/ Juan Tapia
*Complainant's signature*

Juan Tapia, DEA TFO
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  October 17, 2024 at 5:29 p.m.

*Judge's signature*

City and state:        McAllen, Texas

J. Scott Hacker , United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

I, Juan Tapia, am a Task Force Officer with the DEA and have knowledge of the following facts:

1. On October 16, 2024, United States Border Patrol Agents received information that a group of five individuals were in the brush engaged in possible human smuggling activity in Los Ebanos, Texas. One of the five was observed wearing a backpack.

2. Agents responded to the area and apprehended five individuals, including Maria Guadalupe Calderon-Flores, a citizen and national of El Salvador, Luis Antonio Gutierrez-Aguirre, a citizen and national of El Salvador, and Israel Angel Garcia, a United States citizen with an address in South Bend, Indiana. At the time of response, none of the individuals were carrying a backpack. Agents searched the surrounding brush and located the backpack. Agents asked the five individuals who the backpack belonged to and all five denied ownership of the backpack.

3. Agents opened the backpack and discovered a brown paper bag containing a white powdery substance wrapped in plastic. The substance was later field tested and tested positive for the characteristics of cocaine. The total weight was approximately 621 grams.

4. Agents also discovered what appeared to be printed out family pictures of Israel Angel Garcia and other unknown individuals within the backpack.

5. Two of the individuals from the group, Maria Guadalupe Calderon-Flores, a citizen and national of El Salvador, and Luis Antonio Gutierrez-Aguirre, a citizen and national of El Salvador, informed Agents that the backpack belonged to Israel Angel Garcia. They stated he carried the backpack from Mexico into the United States.

6. Israel Angel Garcia provided a post-Miranda statement. He admitted the photographs found within the backpack were his, but the backpack was not his. He stated he had been in Cancun, Mexico. He stated he crossed the river illegally because he had outstanding warrants and knew if he crossed at the Port of Entry, he would be taken into custody.