United States Courts
Southern District of Texas
FILED
*October 17, 2024*
Nathan Ochsner, Clerk of Court

7:24-MJ-01816-1

**THE STATE OF TEXAS )**
**)**
**COUNTY OF Hidalgo )**

BEFORE ME, the undersigned authority, on this day personally appeared **Juan Tapia,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Task Force Agent** of the DEA, assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

**Israel Angel Garcia**          YOB: 1980          USA

in case number _____; and from my investigation, it appears that:

**Luis Antonio Gutierrez-Aguirre**          YOB: 1997          El Salvador
**Maria Guadalupe Calderon-Flores**          YOB: 1997          El Salvador

are material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

/s/   Juan Tapia
Juan Tapia / DEA TFO

SUBSCRIBED AND SWORN TO BEFORE ME on this 17th **day of October, 2024**
at 5:29 p.m.

_____
J. Scott Hacker
U.S. Magistrate Judge

Submitted by reliable electronic means, sworn to and
attested telephonically per Fed.R.Cr.4.1
and probable cause found on: