United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:24-CR-1794 |
| | § | |
| ISRAEL ANGEL GARCIA | § | |

## ORDER OF TRANSFER

Came on to be considered the Government's Request To Transfer Case for Plea and Sentencing Pursuant to Federal Rule Crim. Pro. 20 [Dkt. No. 24].

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Request To Transfer is hereby GRANTED, and this matter is hereby transferred to the District of North Dakota for all further proceedings including plea, sentencing, and entry of final judgment.

SO ORDERED January 10, 2025, at McAllen, Texas.

_Randy Crane_
Randy Crane
Chief United States District Judge

**RECEIVED**
*By Tre Garza, Investigative Analyst, USMS at 4:14 pm, Jan 13, 2025*

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:24-CR-1794 |
| | § | |
| ISRAEL ANGEL GARCIA | § | |

## ORDER OF TRANSFER

Came on to be considered the Government's Request To Transfer Case for Plea and Sentencing Pursuant to Federal Rule Crim. Pro. 20 [Dkt. No. 24].

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Request To Transfer is hereby GRANTED, and this matter is hereby transferred to the District of North Dakota for all further proceedings including plea, sentencing, and entry of final judgment.

SO ORDERED January 10, 2025, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge